IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANICE M. CARLSON,<br><br>    Plaintiff,<br><br>v.<br><br>TENET SOUTH FULTON, INC. AND SOUTH FULTON MEDICAL CENTER, LLC,<br><br>    Defendants. | Civil Action No.<br>1:13-CV-00952-WSD |

## CONSENT MOTION TO STAY ACTION PENDING ARBITRATION

Plaintiff Janice M. Carlson ("Plaintiff") and Defendants Tenet South Fulton, Inc. and South Fulton Medical Center, LLC ("Defendants"), by and through their attorneys, hereby move the Court to stay this action pending arbitration.

In support of this motion, the parties jointly state as follows:

1. On March 25, 2013, Plaintiff filed her complaint (the "Complaint") in this action.

2. The original deadline for Defendants to respond to the Complaint was April 22, 2013.

3. On April 19, 2013, Defendants filed an Unopposed Motion to Extend the Time for Defendants to File Responsive Pleadings and for the Rule 26(f)

Conference, the Joint Preliminary Report and Discovery Plan, and the Initial Disclosures, seeking to extend the deadline for Defendants to file a responsive pleading to June 6, 2013.  In that motion, Defendants noted that counsel for both parties were in the process of discussing resolution of the case and anticipated that if it were not resolved, they would stay the case pending arbitration, thereby relieving the Court of this matter.  The Court granted this motion on April 22, 2013.

    4.    Counsel for Defendants and counsel for Plaintiff plan to move forward with arbitration.  During the course of her employment with Defendants, out of which Plaintiff's claims arise, Plaintiff signed a valid arbitration agreement.  Thus, pursuant to the Federal Arbitration Act ("FAA"), Plaintiff's claims must be arbitrated.

    Wherefore, the parties jointly respectfully request that the Court stay this case pending arbitration pursuant to the FAA, 9 U.S.C. § 3, which authorizes such a stay.

This 6th day of June, 2013.

| | |
|---|---|
| /s/ Viraj Parmar | /s/ Susan W. Pangborn |
| Viraj Parmar | Susan W. Pangborn |
| Georgia Bar No. 996884 | Georgia Bar No. 735027 |
| Jeff Kerr | Flora Manship |
| Georgia Bar No. 634260 | Georgia Bar No. 317817 |
| Mays & Kerr LLC | KILPATRICK TOWNSEND & STOCKTON LLP |
| 229 Peachtree Street NW | 1100 Peachtree Street, Suite 2800 |
| International Tower, Suite 980 | Atlanta, GA 30309 |
| Atlanta, GA 30303 | Telephone: (404) 815-6500 |
| Telephone: (404) 410-7998 | Fax: (404) 815-6555 |
| Fax: (877) 813-1845 | spangborn@kilpatricktownsend.com |
| viraj@maysandkerr.com | fmanship@kilpatricktownsend.com |
| jeff@maysandkerr.com | |
| | |
| Counsel for Plaintiff | Counsel for Defendants |
| Janice M. Carlson | Tenet South Fulton, Inc. and South Fulton Medical Center, LLC |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANICE M. CARLSON,<br><br>            Plaintiff,<br><br>v.<br><br>TENET SOUTH FULTON, INC. AND SOUTH FULTON MEDICAL CENTER, LLC,<br><br>            Defendants. | Civil Action No.<br>1:13-CV-00952-WSD |

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2013, I electronically filed the foregoing **CONSENT MOTION TO STAY ACTION PENDING ARBITRATION** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Viraj Parmar
> Jeff Kerr
> Mays & Kerr LLC
> 229 Peachtree Street NW
> International Tower, Suite 980
> Atlanta, GA 30303
> viraj@maysandkerr.com
> jeff@maysandkerr.com

4

/s/ Susan W. Pangborn
Attorney for Defendants